Edwin D. SCHINDLER,
Plaintiff–Appellant,

v.

GOVERNOR, STATE OF MAINE, Commissioner, Maine Department of Human Services, and Attorney General, State of Maine, Defendants–Appellees.

No. 01–1579.

United States Court of Appeals,
Federal Circuit.

Jan. 17, 2002.

ON MOTION

ORDER

Edwin D. Schindler moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.